# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MICHAEL CORDELL** and **TAMMY CORDELL**, : | |
| : | |
| Plaintiffs, : | |
| : | No. 5:25-CV-84 (CAR) |
| v. : | |
| : | |
| **STATE FARM FIRE AND CASUALTY** : **COMPANY**, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON RESPONSE TO SHOW CAUSE ORDER

On April 17, 2025, the Court issued its Final Order to Show Cause, ordering Plaintiffs' counsel, Blake Swan, to show cause why this action should not be dismissed for his failure to comply with the Court's Orders directing him to comply with the attorney admissions policies of this Court.[1] On April 22, 2025, Joseph Roesch was admitted to practice in the Middle District of Georgia in place of Mr. Swan,[2] and on April 24, 2025, Roesch filed a Response to the Court's Order.[3] The Court will construe Roesch's filings as the Entry of Appearance required by Local Rule 83.1.3.

---

[1] Final Order to Show Cause [Doc. 6].

[2] GAMD Federal Bar Search, https://gamd-ecf.sso.dcn/cgi-bin/GAMDFederalBar.pl; *see* Plaintiffs' Response [Doc. 7 at 1].

[3] Roesch also moved for leave of Court to provide notice of completed admissions requirements and to designate counsel in anticipation of admission to the Middle District. Roesch was admitted to practice in

The Court will not dismiss Plaintiffs' action because of their counsels' failures. But the Court emphasizes that Mr. Swan's dilatory conduct in this action is unacceptable. Mr. Roesch, who now proceeds as lead counsel, is hereby notified that the Court will not tolerate any such future conduct. Mr. Roesch should familiarize himself with the Local Rules for the Middle District of Georgia to ensure no further lapses occur.

**SO ORDERED,** this 28th day of April, 2025.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

the Middle District of Georgia on April 22, 2025, before he filed these Motions. Thus, Plaintiffs' Motions [Doc. 7] are **DENIED as moot**.