IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL CORDELL AND              :
TAMMY CORDELL,                    :
                                 :
    Plaintiffs,                  :
                                 :
v.                               :          Case No.: 5:25-cv-00084-CAR
                                 :
STATE FARM FIRE AND              :
CASUALTY COMPANY,                :
                                 :
    Defendant.                   :
_____  :

## <u>ORDER ON JOINT STIPULATION OF DISMISSAL</u>

Before the Court is the Parties' Joint Stipulation of Dismissal of Less than All Claims [Doc. 24] requesting the Court to dismiss Plaintiffs' extra-contractual claims—but not Plaintiffs' breach of contract claim. Because the Parties request a "court order[]" for the voluntary dismissal of Plaintiffs' extra-contractual claims, it appears the Parties brought this Motion under Fed. R. Civ. P. 41(a)(2). Rule 41(a)(2) provides "[e]xcept as provided in Rule 41(a)(1), *an action* may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."[1] "[U]nder Rule 41(a), an 'action' refers to all claims that an individual plaintiff has brought against an individual

---

[1] Fed. R. Civ. P. 41(a)(2) (emphasis added).

defendant[.]"[2] Because "a Rule 41(a)(2) dismissal can only be for an entire action, and not an individual claim[,]" the Parties' Motion is procedurally improper.[3] Accordingly, the Court **DISMISSES** the Motion **as procedurally improper** [Doc. 24].

      **SO ORDERED,** this 20th day of March, 2026.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] *Weinstein v. 440 Corp.*, 146 F.4th 1046, 1051 (11th Cir. 2025).
[3] *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 (11th Cir. 2023).

2